Steven Jay Katzman, State Bar No. 132755
skatzman@bklwlaw.com
Alexis Paschedag Federico, State Bar No. 313392
afederico@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Plaintiff*
*Kristoffer Winters*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFFER WINTERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LUGANO DIAMONDS AND JEWELRY, INC., a California Corporation; MORDECHAI FERDER, a.k.a. MOTI FERDER, an individual; MORDECHAI FERDER as trustee of the HAIM FAMILY TRUST; and SIMBA IL HOLDINGS, LLC, a Delaware Corporation,<br><br>Defendants. | Case No. 25-cv-01202- DOC-DFM<br><br>**NOTICE OF PLAINTIFF KRISTOFFER WINTERS'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SIMBA IL HOLDINGS, LLC**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declaration of A. Federico; Proposed Judgment]*<br><br><u>Hearing Information</u><br><br>Date:  October 6, 2025<br>Time: 8:30 a.m.<br>Courtroom:  10A |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 6, 2025, at 8:30 a.m., or as soon thereafter as may be heard before the Honorable David O. Carter, presiding, in Courtroom 10A of the above captioned court located at 411 West 4th Street, Santa Ana, California 92701-4516, Plaintiff Kristoffer Winters ("Winters") has and will move for a default judgment against Defendant Simba IL Holdings, LLC (the "Motion") under Federal Rules of Civil Procedure 54 and 55, and Local Rules 55-1 through 55-3 against Defendant Simba IL Holdings, LLC ("Simba"). The clerk has previously entered the default of Simba IL Holdings, LLC on August 20, 2025.

1. Defendant Simba is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940 (ECF No. 64-1 at ¶¶ 9-10).
2. Defendant Simba IL Holdings, LLC has not appeared in this action (Declaration of Alexis Paschedag Federico ("Federico Decl." ¶ 15)).
3. Notice of this Motion was served on Defendant Simba by US Mail. *See* concurrently filed Affidavit of Service.
4. Winters is entitled to judgment against Simba on account of the claims pleaded in this matter, in the sum certain of $9,450,258.90 as set forth in the Motion (*see also* Federico Decl. ¶ 14).

This Application is based on this Notice, the concurrently filed memorandum of points and authorities, the Federico Delcaraiton, the previously filed Declarations of Alexis Paschedag Federico (ECF Nos. 42-1, 44-2, 64-1, ECF No. 67-2), Kristoffer Winters (ECF No. 44-3), and Steven J. Katzman (ECF No. 32-2), the Court's prior orders, and the pleadings, files and other matters that may be presented at the hearing.

1
NOTICE OF PLAINTIFF KRISTOFFER WINTERS'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SIMBA IL HOLDINGS, LLC

| | |
|---|---|
| Dated:  September 5, 2025 | **BIENERT KATZMAN<br>LITTRELL WILLIAMS LLP**<br><br>By: _____<br>Steven Jay Katzman<br>Alexis Paschedag Federico<br><br>*Attorneys for Plaintiff<br>Kristoffer Winters* |

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing documents described as: **NOTICE OF PLAINTIFF KRISTOFFER WINTERS'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SIMBA IL HOLDINGS, LLC** on all parties in this action as listed below, via the following methods of service:

[X]   **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

Tobias S Keller
tkeller@kbkllp.com
Traci L Shafroth
tshafroth@kbkllp.com
Keller Benvenutti Kim LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
*Attorneys for Lugano Diamonds & Jewelry Inc.*

[X]   **BY UNITED STATES MAIL** – I enclosed the document(s) in a sealed envelope addressed to the person(s) at the address(es) listed in the attached service list and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope with postage fully paid. I am employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
**Simba IL Holdings LLC**
c/o Telos Legal Corp.
13 West Main Street
P.O. Box 953
Felton, Delaware 19943
*Agent of Service of Process*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 5, 2025, at Los Angeles, California

*/s/ Elizabeth Garcia*
Elizabeth Garcia

CERTIFICATE OF SERVICE