UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SA CV 25-01202-DOC (DFMx) | Date: | September 16, 2025 |
|---|---|---|---|
| Title | Kristoffer Winters v. Lugano Diamonds & Jewelry Inc et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

| Proceedings: | (IN CHAMBERS) Order Re: Motion for Default Judgment and Motion to Set Aside Entry of Default (Dkts. 71, 77) |
|---|---|

On September 5, 2025, Plaintiff Kristoffer Winters filed a Motion for Default Judgment against Defendant Simba IL Holdings, LLC. See Dkt. 71. On September 13, 2025, Simba filed a Motion to Set Aside Entry of Default. See Dkt. 77. Both matters were referred to me by the district judge. See Dkts. 74, 78.

Both motions will be taken under submission and decided without oral argument. See Fed. R. Civ. P. 78; L.R. 7-15. The motions will be decided in one order because if the Clerk's entry of default is set aside, then the motion for default judgment is moot. See Mann v. Nationstar Mortg., 632 F. App'x 410 (9th Cir. 2016) (district court did not abuse discretion in granting motion to set aside clerk's entry of default, and motion for default judgment became moot).