**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

## CIVIL MINUTES – GENERAL

Case No. 8:25-cv-01202-DOC-DFM                    Date:  December 4, 2025

Title: Kristoffer Winters v. Lugano Diamonds & Jewelry Inc et al

---

PRESENT:      THE HONORABLE DAVID O. CARTER, JUDGE

|  |  |
|---|---|
| Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER REGARDING STAY**

This case has three defendants: Lugano Diamonds and Jewelry, Inc. ("Lugano"; Mordechai Ferder ("Ferder"); and Simba IL Holdings, LLC ("Simba").

On September 18, 2025 this Court stayed this case with respect to Defendant Simba because of a bankruptcy petition filed by Simba (Dkt. 82). On November 17, 2025 the Court stayed the case for six months with respect to Defendant Ferder due to a purported settlement agreement and a need to seek approval from the bankruptcy court (Dkts. 91, 92). On November 18, 2025 the case was stayed with respect to Lugano because it filed a Notice of Pendency of Bankruptcy Case (Dkt. 93).

In light of the above, the December 8, 2025 hearing is **VACATED**. In addition, given the stays for all defendants, the case is **STAYED** as detailed above and in the Court's previous orders.

The Parties are **ORDERED** to file a Joint Status Report by no later than May 15, 2026 of no more than 5 pages. This Joint Status Report should detail the status of the various bankruptcy proceedings and the status of any settlements.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu